UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARON DUFFY, and others,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., and others,<br><br>　　　　　　　Defendants. | Case No. 16-cv-06764 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO SAN FRANCISCO/OAKLAND DIVISION**<br><br>Re: Dkt. No. 1 |

　　　　Plaintiffs Robert Duffy and Robert Gary assert violations of their civil rights by Facebook and certain of its employees. According to plaintiffs' complaint, Facebook's "managers in Menlo Park, California" were aware of Facebook's alleged racial discrimination and failed to take adequate steps to correct it. Complaint, Dkt. 1, at ¶ 7.

　　　　Under Northern District of California Civil Local Rule 3-2(c), the Clerk should assign a civil action to the Courthouse serving the county in which the action arises. A civil action arises in the county "in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Civil L.R. 3-2(c). Civil actions that arise in San Mateo County should be assigned to a courthouse in the San Francisco/Oakland Division. Civil L.R. 3-2(d).

Case No. 16-cv-06764 NC

1   It appears that this case should have been assigned to the San Francisco/Oakland
2   Division, rather than the San Jose Division, because the action "arises in" San Mateo
3   County. The complaint references communications to Facebook in Menlo Park (which is
4   in San Mateo County), but does not explicitly reference any actions that took place in
5   Santa Clara County.
6   Accordingly, plaintiffs by December 2, 2016, must either file a consent to transfer
7   this case to the San Francisco/Oakland Division, or explain in writing why this case should
8   not be transferred to the San Francisco/Oakland Division.

10   **IT IS SO ORDERED.**

12   Dated:  November 26, 2016                    _____
13                                                NATHANAEL M. COUSINS
                                                  United States Magistrate Judge